IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00520-AP

JOEY J. MANGANELLO,

                Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

                Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| | JOHN F. WALSH |
| Gail C. Harriss | United States Attorney |
| GAIL C. HARRISS, LLC | |
| 450 S. Camino del Rio, Suite 201 | |
| Durango, CO 81301 | KEVIN TRASKOS |
| Telephone: (970) 247-4411 | Chief, Civil Division |
| Fax: (970) 247-1482 | United States Attorney's Office |
| gharriss@harrisslaw.com | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Robert L. Van Saghi |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | (303) 844-1948 |
| | (303) 844-0770 (facsimile) |
| | robert.vansaghi@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** 2/28/12

**B. Date Complaint Was Served on U.S. Attorney's Office:** 3/23/12

**C. Date Answer and Administrative Record Were Filed:** 5/18/12

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the Record is complete and accurate.
To the best of his knowledge, Defendant states that the Record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there are no other matters.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

Plaintiff's counsel is requesting the opening brief be due July 19th. This more than 40 days from the date this JCMP is file. Plaintiff's counsel, however, has Social Security hearings in Grand Junction on Thursday, July 12, 2012, which will require travel of four hours each way to attend. Plaintiff's counsel also has two Worker's Compensation hearings scheduled on July

11, 2012 and an Opening Brief due in another social security case in the United States District Court on Monday, July 16, 2012....*ok/JLK*

    **A. Plaintiff's Opening Brief Due:**    <u>**July 19, 2012**</u>

    **B. Defendant's Response Brief Due:**    <u>**August 13, 2012**</u>

    **C. Plaintiff's Reply Brief (If Any) Due:**    <u>**August 31, 2012**</u>

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B. Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, COUNSEL MUST FILE A COPY OF ANY NOTICE OF WITHDRAWAL, NOTICE OF SUBSTITUTION OF COUNSEL, OR NOTICE OF CHANGE OF COUNSEL'S ADDRESS OR TELEPHONE NUMBER WITH THE CLERK OF THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, A *PRO SE* PARTY MUST FILE A COPY OF A NOTICE OF CHANGE OF HIS OR HER ADDRESS OR TELEPHONE NUMBER WITH THE CLERK FO THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 12th day of June, 2012.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Gail C. Harriss | JOHN F. WALSH |
| Gail C. Harriss | United States Attorney |
| GAIL C. HARRISS, LLC | |
| 450 S. Camino del Rio, Suite 201 | KEVIN TRASKOS |
| Durango, CO 81301 | Chief, Civil Division |
| Telephone: (970) 247-4411 | United States Attorney's Office |
| Fax: (970) 247-1482 | District of Colorado |
| gharriss@harrisslaw.com | Kevin.Traskos@usdoj.gov |
| | |
| | s/ Robert L. Van Saghi |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | (303) 844-1948 |
| | (303) 844-0770 (facsimile) |
| | robert.vansaghi@ssa.gov |