IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-00520-MSK

JOEY J. MANGANELLO,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on the Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Motion) **(#29)** filed May 16, 2014. Having reviewed the Motion,

    **IT IS ORDERED** that the Motion is **GRANTED** and the Stipulation (#28) is approved. Plaintiff is awarded EAJA attorney fees in the amount of $4,400.00, to be made payable to Plaintiff, Joey J. Manganello, and mailed to counsel of record.

    DATED this 19th day of May, 2014.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              Chief United States District Judge